## ODAM v. BEARD, in Error.

AN assignee against an assignor of a sealed note. Assignment as follows:—"For value received, I do hereby assign all my right to the within note to *Jesse Beard*, Feb. 20, 1820.—*David Odam*." The plaintiff had previously sued the maker, who proved to be insolvent. *Held*, that parol evidence was inadmissible to show that the assignment was *without recourse* (1).

*Held*, also, *Holman* J. dissentiente, that if the maker was solvent at the term when the assignee might have obtained judg-

May Term, 1822.

ment against him but for a defect in the declaration, and if that defect occasioned a continuance whereby the plaintiff failed to obtain the money from the maker, the assignor was not liable.